STATE, APPELLANT, *v.* HUSTAD ET AL., RESPONDENTS.

(No. 5,669.)

(Submitted April 22, 1925. Decided May 9, 1925.)

[236 Pac. 545.]

(For syllabus, see *State* v. *Alexander, ante,* p. 329, 236 Pac. 542.)

*Appeal from District Court, Wheatland County; Wm. F. Ford, Judge.*

KNUTE HUSTAD and Logan Fowell were by information charged with forgery. From a judgment dismissing the information the State appeals. Affirmed.

*Mr. L. A. Foot,* Attorney General, *Mr. I. W. Choate,* Assistant Attorney General, and *Mr. L. R. Daems,* County Attorney of Wheatland County, for the State.

73 Mont.—22

*Mr. W. C. Husband, Mr. Norman C. Barncord* and *Mr. J. P. Alexander,* the latter of the Bar of South Dakota, for Respondents.

(NOTE.—No briefs were filed in this cause, counsel stipulating that 'the briefs filed in cause No. 5,668, *State* v. *Alexander, ante,* p. 329, 236 Pac. 542, covered the questions at issue.)

MR. JUSTICE HOLLOWAY delivered the opinion of the court.

The facts of this case are, in all essentials, identical with those involved in *State* v. *Alexander, ante,* p. 329, 236 Pac. 542. Upon the authority of that case, the judgment herein is affirmed.

'*Affirmed.*

MR. CHIEF JUSTICE CALLAWAY and ASSOCIATE JUSTICES GALEN, STARK and MATTHEWS concur.